IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1742-JLK**

**IRENE BRUNETTE for ROBERT A. BRUNETTE (deceased),**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## **ORDER**

Kane, J.

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (doc. #24), filed October 23, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$5, 082.00**.

Dated at Denver, Colorado, this 24th day of October, 2006.

        BY THE COURT:

        **S/John L. Kane**
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT